UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RACHEL BARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| CRANBERRY FINANCIAL; CAPITAL ) | No. 5:14-CV-330-FL |
| CROSSING; BANK OF AMERICA, INC.; ) | |
| WAYNE REALTY; and CAPCAR ) | |
| REALTY, LLC., ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 8, 2014, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on August 8, 2014, and Copies To:**

Rachel Barrett (via U.S. Mail) 304 Central Drive, Goldsboro, NC 27534

August 8, 2014  JULIE A. RICHARDS, CLERK
  /s/ Christa N. Baker
  (By) Christa N. Baker, Deputy Clerk